1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMOURA BURTON, | Case No. C-10-1348 WHA |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR EXTENSION OF MEDIATION DEADLINE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO POLICE DEPARTMENT (CCSFPD); GEORGE GASCON, in his official capacity as CCSFPD Police Chief; CCSFPD Officer STEPHEN BENZINGER, individually and in his official capacity as CCSFPD Sergeant, and DOES 1-100, inclusive, | Trial Date:   Oct. 17, 2011 |
| Defendants. | |

On November 3, 2010, Plaintiff Amoura Burton and Defendants City & County of San Francisco, Chief Gascon and Stephen Benzinger (collectively, "Defendants") filed a joint administrative motion to extend the mediation deadline in this action sixty (60) days.

[~~PROPOSED~~] ORDER GRNTG JOINT ADMIN. MOT.
Case No. C 10-1348 WHA

1

1   After consideration of the PARTIES' joint brief, the Court rules as follows:

2   The Court hereby GRANTS IN PART the parties' joint administrative motion. The deadline for
3   conducting a mediation in this action is extended thirty (30) days, from November 15, 2010 to
    December 15, 2010.
4
5
6   IT IS SO ORDERED.
7
8   Dated: November 4, 2010.                     _____
                                                 THE HONORABLE WILLIAM H. ALSUP
9                                                United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28