**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMOURA BURTON,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO POLICE DEPARTMENT (CCSFPD), GEORGE GASCON, individually and in his official capacity as CCSFPD Police Chief, CCSFPD Officer STEPHEN BENZINGER, individually and in his official capacity as CCSFPD Sergeant, and DOES 1–100, inclusive,

    Defendants.

No. C 10-01348 WHA

**ORDER REGARDING STIPULATED PROPOSED PROTECTIVE ORDER**

    The parties have filed a stipulated proposed protective order. *First*, the proposed order includes reference to an Exhibit A that does not exist. One must be appended. *Second*, clause 6(b) states that signed "agreements to comply" must be "file[d] and serve[d] . . . upon [] execution; however, . . . [not] any earlier than the date that Expert Disclosures are [due]." These signed statements shall not be filed, though the protective order may require service, and the order shall be revised accordingly. *Third*, clause 8 states that designated confidential information "shall be filed under seal." In fact, the civil local rules require parties to file a motion to file documents under seal including lodging the relevant documents with the Court before filing under seal is permitted. The parties shall conform the proposed order to the local rules. *Fourth*, the Court will not retain jurisdiction to enforce the protective order after

1  termination of this case. The parties shall please file a revised stipulated proposed protective
2  order including these changes.

3
4  **IT IS SO ORDERED.**

5  Dated: November 29, 2010.
6  WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE