IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMOURA BURTON,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO POLICE DEPARTMENT (CCSFPD), GEORGE GASCON, individually and in his official capacity as CCSFPD Police Chief, and CCSFPD Officer STEPHEN BENZINGER, individually and in his official capacity as CCSFPD Sergeant,

    Defendants.

No. C 10-01348 WHA

**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINE**

    The parties stipulate to extend the discovery deadline past the deadline of June 30 for the limited purpose of conducting a deposition of the SFPD's 30(b)(6) deponent(s) by July 22, and for no other purpose. Plaintiff's counsel waited until June 9 to notice the deposition. A declaration by plaintiff's counsel in support of the stipulation states that "one of the two designees w[ill] be out of town and unavailable until July 11, 2011." The stipulation is **GRANTED**, but this order shall not affect any other date in the case management order.

    **IT IS SO ORDERED.**

Dated: June 27, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE