IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMOURA BURTON,

      Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO POLICE DEPARTMENT (CCSFPD), GEORGE GASCON, individually and in his official capacity as CCSFPD Police Chief, and CCSFPD Officer STEPHEN BENZINGER, individually and in his official capacity as CCSFPD Sergeant,

      Defendants.

No. C 10-01348 WHA

**ORDER DENYING STIPULATION TO MOVE DATE OF PRETRIAL CONFERENCE AND PRETRIAL SUBMISSION DEADLINES**

      Good cause not shown, the parties' stipulation to move the date of the pretrial conference and pretrial submission deadlines in this matter is **DENIED**. The proposed new date for the pretrial conference would put too much pressure on the existing schedule given the dates for dispositive motions versus the dates for pretrial filings. In addition, according to the stipulation, the defense counsel that has a vacation conflict knew about this trial date when she was assigned this case. Lastly, the Court is unavailable at the proposed time. If counsel can find a workable date with the Court's Deputy Clerk, Dawn Toland, they may submit a renewed stipulated request.

      **IT IS SO ORDERED.**

Dated: July 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE